# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| MARIA LEE KINSTLEY and KENNETH R. KINSTLEY,<br><br>Plaintiffs,<br><br>v.<br><br>CITY & COUNTY OF SAN FRANCISCO, CITY OF PLEASANT HILL and DIANNE KENNY,<br><br>Defendants. | Case No.    C 07-02323 SBA<br><br>**ORDER**<br><br>[Docket No. 163] |

Presently before the Court is Defendant Diane Kenny's ("Defendant") Administrative Motion under Civil Local Rule 7-11 for Permission to File Document Containing Confidential Information Under Seal ("Application to Seal") filed in connection with Defendant Diane Kenny's Administrative Motion to Continue Trial and Pretrial Deadlines until Plaintiff Maria Lee Kinstley's State Court Criminal Proceedings are Concluded in Order to Avoid Direct Trial Scheduling Conflict ("Administrative Motion") (Docket No. 135).

Local Rule 79-5 specifies that a sealing order may issue only upon a request that establishes that the document, or portions thereof, is privileged or protectable. The request must be narrowly tailored to seek sealing only of sealable material, and must conform with Civil L.R. 79-5(b) or (c). Here, Defendant's Application to Seal her declaration in support of her Administrative Motion is narrowly tailored and complies with L.R. 79-5(b).

Accordingly, Defendant's Application to Seal (Docket No. 163) is APPROVED.

IT IS SO ORDERED.

Dated: 1/21/10

_____
Honorable Saundra B. Armstrong

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

KINSTLEY ET AL et al,

    Plaintiff,

v.

CITY & COUNTY OF SAN FRANCISCO ET AL et al,

    Defendant.
    _____/

Case Number: CV07-02323 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 21, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Kenneth R. Kinstley
P. O. Box 126
Walnut Creek, CA 94597

Maria Lee Kinstley
P.O. Box 126
Walnut Creek, CA 94597

Dated: January 21, 2010

    Richard W. Wieking, Clerk
    **BY: LISA R CLARK, DEPUTY CLERK**